AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of _New Mexico_____

United States of America
v.
Christopher Lucero

Case No:  1:02CR566-001LH

USM No:  21214-051

Date of Original Judgment:  3/4/2003
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Stephen McCue
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  3/4/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  August 17, 2012

*/s/ LeRoy Hansen*
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

C. LeRoy Hansen Senior United States District Judge
*Printed name and title*